FILED
10/6/20 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**FILING FEE PAID** (Yes) No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Dumond, Clair & Brenda**  JAD/(TPA)/CMB/GLT

Case Number: **20-10469**

Date of Meeting: **9 / 29 / 20**  Recording # _____

Debtor(s) present ✓ or Not Present ___ ( ___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) **Bortifor, Glenn** (Present ✓ or Not Present ___)

Date of Plan at § 341: **8/4/20** Applicable commitment period ✓ 3 yrs ___ 5 yrs

L 23c of plan is $826. That includes paying ≈ $400/month for a 2nd property with 0 % to unsecured creditors. Seems a good faith issue.

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting   OR   ___ Conciliation Conf. OR ✓ *Contested Hearing
    On **10/14/20** at **10:30** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee