# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/15/20 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10469-TPA |
| | : | | |
| Clair L. Dumond | : | Chapter: | 13 |
| Brenda L. Dumond | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/14/2020 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**        #17 Contested Plan dated 8/4/20

**APPEARANCES:**

Debtor: Glenn R. Bartifay
Trustee: Ronda Winnecour
Manufacture Housing:  Brian Nicholas

**NOTES:**

Winnecour:        There is a 2nd piece of property which Debtor is maintaining.

Nicholas:        A stipulation is being worked out.

Bartifay:

**OUTCOME:**        Consent Order to be entered.
Status Conference on Plan with Trustee on 1/26/21 at 9:30am

asg