**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Clair L. Dumond  
       Brenda L. Dumond  
              Debtor(s)

CHAPTER 13

BKY. NO. 20-10469 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 and index same on the master mailing list.

    Respectfully submitted,

/s/ Brian C. Nicholas  
Brian Nicholas  
13 Oct 2020, 07:25:46, EDT

    Brian C. Nicholas, Esquire  
    Attorney I.D. No. 317240  
    KML Law Group, P.C.  
    BNY Mellon Independence Center  
    701 Market Street, Suite 5000  
    Philadelphia, PA 19106  
    412-430-3594  
    bkgroup@kmllawgroup.com