IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-10469-TPA |
| CLAIR L. DUMOND and BRENDA L. ) | |
| DUMOND, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| CLAIR L. DUMOND and BRENDA L. ) | |
| DUMOND, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEWREZ, LLC d/b/a SHELLPOINT ) | |
| MORTGAGE SERVICING, ) | |
| ) | |
| Respondent/Creditor. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order dated November 13, 2020, Doc. No. 33 was served as follows:

By electronic mail, addressed as follows:

Brian Nicholas on behalf of Creditor U.S. Bank National Association, as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz on behalf of Creditor U.S. Bank National Association, as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6, bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail, addressed as follows:

1

Jay Navarro, President
NewRez, LLC d/b/a Shellpoint Mortgage Servicing
Bankruptcy Department
P.O. Box 10826
Greenville, SC 29603-0826

Dated: <u>November 13, 2020</u>     <u>/s/ Glenn R. Bartifay</u>
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movants

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com