FILED
11/13/20 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 20-10469-TPA |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | Rel to Doc 31 |
| | ) | |
| | ) | |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | ) | |
| | ) | |
| Respondent/Creditor. | ) | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by Debtors Clair L. Dumond and Brenda L. Dumond on October 29, 2020. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this  13th  day of  November , *2020*, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program** **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtor:    Clair L. Dumond

        Debtor:    Brenda L. Dumond

        Creditor:    NewRez, LLC d/b/a Shellpoint Mortgage Servicing

(2)    ***During the Loss Mitigation Period***, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $675.88 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register

and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

      (4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtors shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

      (5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

      (6)    ***Within sixty (60) days from the entry of this Order***, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

      (7)    ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

      (8)    ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

      (9)    Debtors shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
THOMAS P. AGRESTI,   **ljm**
U.S. District Court Bankruptcy Judge

**PAWB Local Form 41 (06/17)**

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10469-TPA |
| Clair L. Dumond | Chapter 13 |
| Brenda L. Dumond | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Clair L. Dumond, Brenda L. Dumond, 103 Parker St., Oil City, PA 16301-3409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |

Glenn R. Bartifay
    on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com
    sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate
    Pass-Through Certificate Trust 2000-6 bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8