**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

IN RE:                                                                                                                           CASE NO.: 20-10469
                                                                                                                             **CHAPTER 13**

**Clair L. Dumond,**
   Debtor.

**Brenda L. Dumond,**
   Joint Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

                                                         RAS Citron, LLC
                                                         Attorney for Secured Creditor
                                                         130 Clinton Rd #202
                                                         Fairfield, NJ 7004
                                                         Telephone: 470-321-7112
                                                         Facsimile: 470-321-7112

                                                         By: _\S\Charles Wohlrab_
                                                               Charles Wohlrab, Esquire
                                                               Pennsylvania Bar No. 314532
                                                               Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 21, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


CLAIR L. DUMOND
103 PARKER ST.
OIL CITY, PA 16301

BRENDA L. DUMOND
103 PARKER ST.
OIL CITY, PA 16301

And via electronic mail to:

GLENN R. BARTIFAY
2009 MACKENZIE WAY, SUITE 100
CRANBERRY TOWNSHIP, PA 16066

GLENN R. BARTIFAY
2009 MACKENZIE WAY, SUITE 100
CRANBERRY TOWNSHIP, PA 16066

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                        By: /s/ Samantha Griffith
                                        Samantha Griffith
                                        Email: sgriffith@rascrane.com