FILED
1/21/21 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 20-10469-TPA |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | Rel to Doc 47 |
| | ) | |
| | ) | |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) | |
| | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

## ORDER OF COURT

AND NOW, to wit, this __21st__ day of __January 2021__, it is hereby ORDERED that Movants/Debtors Clair L. Dumond and Brenda L. Dumond are granted an extension up to and including January 19, 2021 to file the required Amended Plan and Amended Schedule J.

BY THE COURT:

_____
THOMAS P. AGRESTI,  ljm
U.S. District Court Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10469-TPA
Clair L. Dumond  Chapter 13
Brenda L. Dumond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 2
Date Rcvd: Jan 21, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Clair L. Dumond, Brenda L. Dumond, 103 Parker St., Oil City, PA 16301-3409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
     on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 cwohlrab@raslg.com

Glenn R. Bartifay
     on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com
     sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Glenn R. Bartifay
     on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com
     sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Glenn R. Bartifay
    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com
    sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Glenn R. Bartifay
    on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com
    sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate
    Pass-Through Certificate Trust 2000-6 bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9