FILED
1/28/21 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Clair L. Dumond
Brenda L. Dumond
Case Number: 20-10469-TPA    (Chapter 13)
Date / Time / Room: 01/26/2021 09:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #17 - Status Conference on Plan dated 8/4/2020

### Appearances:

Debtor:
Trustee:    Bartifay
Creditor:   Winnecour/ Katz / DeSimone

### Proceedings:

Recommended Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ Days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective _____.
7. ✓ Plan/Motion continued to 4-13-21 at 10:00.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. ____ Other:

Amended plan filed 1-19-21. Continue for amended plan to catch up

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: