IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | )    BANKR. NO. 20-10469-TPA |
| CLAIR L. DUMOND and BRENDA L. DUMOND, | ) |
| | ) |
| | )    CHAPTER 13 |
| Debtors. | ) |
| | ) |
| | ) |
| GLENN R. BARTIFAY, ESQUIRE, | ) |
| and BARTIFAY LAW OFFICES, P.C., | ) |
| | ) |
| Applicant, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONDA WINNECOUR, Trustee, | ) |
| | ) |
| Respondent. | ) |

## **CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on June 9, 2022, Doc. No. 59, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on June 9, 2022, Doc. No. 60, Responses to the Application were to be filed and served no later than June 27, 2022.

It is hereby respectfully requested that the Proposed Order filed on June 9, 2022, Doc. No. 59-3, be entered by the Court.

Dated: June 28, 2022            /s/ Glenn R. Bartifay
                                         GLENN R. BARTIFAY, ESQUIRE
                                         Pa. Id. No. 68763
                                         Attorney for Applicant

                                         BARTIFAY LAW OFFICES, P.C.
                                         2009 Mackenzie Way, Suite 100
                                         Cranberry Township, PA 16066
                                         (412) 824-4011
                                         gbartifay@bartifaylaw.com