FILED
6/28/22 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
 )  BANKR. NO. 20-10469-TPA
CLAIR L. DUMOND and BRENDA L. )
DUMOND, )  CHAPTER 13
 )
Debtors. )
_____ )
 )
GLENN R. BARTIFAY, ESQUIRE, )
and BARTIFAY LAW OFFICES, P.C., )
 )
Applicant, )
 )
vs. )
 )
RONDA WINNECOUR, Trustee, )
 )
Respondent. )

## ORDER

AND NOW, this ___28th___ day of _____June_____, 2022, it is hereby ordered that the Application for Approval of Attorney Fees filed by Applicant Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C. is granted, that attorney fees are approved for Applicant for services provided as indicated in the Application for the period of July 2, 2020 to June 8, 2022 in the amount of $6,500.00, and that the Chapter 13 Trustee shall disburse said attorney fees to Applicant as provided in the Confirmed Amended Plan dated January 19, 2021 in the amount of $6,500.00. The Court notes that that the approved attorney fees were included in the calculations for the Amended Plan dated January 19, 2021. Accordingly, no amended plan or order modifying plan is required to account for the approved fees.

_____  dak
THOMAS P. AGRESTI,
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-10469-TPA
Clair L. Dumond     Chapter 13
Brenda L. Dumond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Jun 28, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair L. Dumond, Brenda L. Dumond, 103 Parker St., Oil City, PA 16301-3409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 cwohlrab@raslg.com

Glenn R. Bartifay
    on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 1

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Kaitlin Shire
    on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate
Pass-Through Certificate Trust 2000-6 kshire@hillwallack.com,
lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate
Pass-Through Certificate Trust 2000-6 bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11