## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CLAIR L. DUMOND                                        Case No. 20-10469JCM
BRENDA L. DUMOND

                Debtor(s)                    Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

                Movant                      Document No __
      vs.

VENANGO COUNTY TAX CLAIM BUREAU*

               Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

VENANGO COUNTY TAX CLAIM BUREAU*                    Court claim# /Trustee CID# 5
1174 ELK STREET
PO BOX 831
FRANKLIN, PA 16323

The Movant further certifies that on 10/31/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                  /s/ Ronda J. Winnecour
                                  RONDA J WINNECOUR PA ID #30399
                                  CHAPTER 13 TRUSTEE WD PA
                                  600 GRANT STREET
cc:  debtor(s)                                      SUITE 3250 US STEEL TWR
    original creditor                          PITTSBURGH, PA  15219
    putative creditor                          (412) 471-5566
    counsel for debtor(s)                      cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
CLAIR L. DUMOND, BRENDA L. DUMOND
103 PARKER ST., OIL CITY, PA  16301

DEBTOR'S COUNSEL:
GLENN R BARTIFAY ESQ, 2009
MACKENZIE WAY STE 100, CRANBERRY
TWP, PA  16066

ORIGINAL CREDITOR:
VENANGO COUNTY TAX CLAIM
BUREAU*, 1174 ELK STREET, PO BOX 831,
FRANKLIN, PA  16323

NEW CREDITOR: