**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CLAIR L. DUMOND
BRENDA L. DUMOND

Case No. 20-10469JCM

               Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

              Movant
       vs.

Document No __

VENANGO COUNTY TAX CLAIM BUREAU*

       Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

VENANGO COUNTY TAX CLAIM BUREAU*
1174 ELK STREET
PO BOX 831
FRANKLIN, PA 16323

Court claim# /Trustee CID# 6

The Movant further certifies that on 10/31/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
CLAIR L. DUMOND, BRENDA L. DUMOND
103 PARKER ST., OIL CITY, PA  16301

DEBTOR'S COUNSEL:
GLENN R BARTIFAY ESQ, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066

ORIGINAL CREDITOR:
VENANGO COUNTY TAX CLAIM BUREAU*, 1174 ELK STREET, PO BOX 831, FRANKLIN, PA  16323

NEW CREDITOR: