**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/14/2025

IN RE:

CLAIR L. DUMOND
BRENDA L. DUMOND
103 PARKER ST.
OIL CITY,  PA  16301
XXX-XX-7361            Debtor(s)

XXX-XX-2257

Case No.20-10469

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 5466 |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: JCP/PRAE | |
| **BENEFICIAL CDC\*\*** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MGMNT LLC | Court Claim Number:NC | ACCOUNT NO.: 7361 |
| POB 12907 | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: AVD/DOE\*2ND~NT ADR/SCH | |
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:9 | ACCOUNT NO.: 3813 |
| PO BOX 10826 | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: PMT/DCLAR\*979.31/CL-PL\*DKT4PMT-LMT\*1ST\*BGN 7/20\*LMP DENIED | |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: VEHICLE |
| C/O ONE MAIN(\*) | Court Claim Number:2-2 | ACCOUNT NO.: 9807 |
| PO BOX 3251 | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: SURR/CONF\*NT PROV/PL\*AMD CL=$0\*W/28 | |
| **VENANGO COUNTY TAX CLAIM BUREAU\*** | Trustee Claim Number:5   INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 1174 ELK STREET | Court Claim Number: | ACCOUNT NO.: 5171 |
| PO BOX 831 | CLAIM: 821.00 | |
| FRANKLIN, PA 16323 | COMMENT: 1685-171\*$@9%/PL\*19/SCH-PL\*PIF/CRED~NTC-RSV | |
| **VENANGO COUNTY TAX CLAIM BUREAU\*** | Trustee Claim Number:6   INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 1174 ELK STREET | Court Claim Number: | ACCOUNT NO.: 5169 |
| PO BOX 831 | CLAIM: 41.18 | |
| FRANKLIN, PA 16323 | COMMENT: 1685-169\*$@9%/PL\*19/SCH-PL\*PIF/CRED~NTC-RSV | |
| **VENANGO COUNTY TAX CLAIM BUREAU\*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 1174 ELK STREET | Court Claim Number: | ACCOUNT NO.: 5111 |
| PO BOX 831 | CLAIM: 0.00 | |
| FRANKLIN, PA 16323 | COMMENT: 1685-111\*SURR/PL | |
| **VENANGO COUNTY TAX CLAIM BUREAU\*** | Trustee Claim Number:8   INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 1174 ELK STREET | Court Claim Number: | ACCOUNT NO.: 5110 |
| PO BOX 831 | CLAIM: 0.00 | |
| FRANKLIN, PA 16323 | COMMENT: 1685-110\*SURR/PL | |
| **VENANGO COUNTY TAX CLAIM BUREAU\*** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 1174 ELK STREET | Court Claim Number: | ACCOUNT NO.: 5109 |
| PO BOX 831 | CLAIM: 0.00 | |
| FRANKLIN, PA 16323 | COMMENT: 1685-109\*SURR/PL\*15-19/SCH | |
| **AUTO DIVIDE** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| 3920 STATE RTE 257 | Court Claim Number: | ACCOUNT NO.: 7361 |
| | CLAIM: 0.00 | |
| SENECA, PA 16346 | COMMENT: SURR/CONF\*NT PROV/PL\*105/MO~34 MO REM@SCH G | |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DIGESTIVE CONSULTANTS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6429 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ENT OF NW/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9512 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  1,311.37<br>COMMENT:  8720/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **DEVILLE ASSET MANAGEMENT**<br>PO BOX 788<br>KIRKLAND, WA  98083 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SANTANDER/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  74N1 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  15,356.08<br>COMMENT:  4003/SCH*MIDTOWN MOTORS*DFNCY BAL*REF: 3455138764 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5587 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  632.91<br>COMMENT:  CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9402 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GECRB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5466 |
| **SECURITY CREDIT SERVICES LLC***<br>POB 1156<br>OXFORD, MS  38655 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SMARTPAY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6276 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  6,951.65<br>COMMENT:  7361/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2257 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  503.80<br>COMMENT:  NT/SCH*COMENITY/BON-TON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6689 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:21 INT %: 0.00% Court Claim Number:4 | CLAIM: 0.00 COMMENT: NT/SCH*CREDIT 1*STALE CL $1,330.12 W/D*DOC 75*OE*D 76 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5674 |
| **UPMC PHYSICIAN SERVICES** C/O DCM SERVICES/BANKRUPTCY PO BOX 1123 MINNEAPOLIS, MN 55440 | Trustee Claim Number:22 INT %: 0.00% Court Claim Number:7-2 | CLAIM: 4,993.07 COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2257 |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN PO BOX 10826 GREENVILLE, SC 29603-0826 | Trustee Claim Number:23 INT %: 0.00% Court Claim Number:9 | CLAIM: 30,403.87 COMMENT: $/CL-PL*1ST*THRU 6/20*LMP DENIED | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 3813 |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number:24 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN PO BOX 10826 GREENVILLE, SC 29603-0826 | Trustee Claim Number:25 INT %: 0.00% Court Claim Number:09 | CLAIM: 0.00 COMMENT: PMT/LMP OE-CONF*BGN 11/20*W/3,23*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 3813 |
| **ROBERTSON ANSCHULTZ SCHNEID ET AL** 130 CLINTON RD STE 202 FAIRFIELD, NJ 07004 | Trustee Claim Number:26 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **HILL WALLACK LLP** 1000 FLORAL VALE BLVD STE 300 YARDLEY, PA 19067 | Trustee Claim Number:27 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** C/O ONE MAIN(*) PO BOX 3251 EVANSVILLE, IN 47731-3251 | Trustee Claim Number:28 INT %: 0.00% Court Claim Number:2-2 | CLAIM: 2,512.45 COMMENT: SURR/CONF*DFNCY BAL*AMD*W/4 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9807 |