Certificate Number: 16339-PAW-DE-039997655

Bankruptcy Case Number: 20-10469



16339-PAW-DE-039997655

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 19, 2025</u>, at <u>5:52</u> o'clock <u>PM EDT</u>, <u>Brenda Dumond</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 19, 2025</u>          By:   <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>