Certificate Number: 16339-PAW-DE-039997654

Bankruptcy Case Number: 20-10469



16339-PAW-DE-039997654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2025, at 5:52 o'clock PM EDT, Clair Dumond completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 19, 2025          By:    /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title: Certified Financial Counselor