**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CLAIR L. DUMOND <br> BRENDA L. DUMOND <br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>         vs. <br> No Respondents. | Case No.:20-10469 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/09/2020 and confirmed on 10/19/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 105,695.51 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,695.51 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 6,500.00 | |
| Trustee Fee | 5,364.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,864.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA- TRUSTEE FOR MANUFACT  Acct: 3813 | 0.00 | 59,734.27 | 0.00 | 59,734.27 |
| US BANK NA- TRUSTEE FOR MANUFACT  Acct: 3813 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA- TRUSTEE FOR MANUFACT  Acct: 3813 | 30,403.87 | 30,403.87 | 0.00 | 30,403.87 |
| VENANGO COUNTY TAX CLAIM BUREAU'  Acct: 5171 | 237.10 | 237.10 | 211.07 | 448.17 |
| VENANGO COUNTY TAX CLAIM BUREAU'  Acct: 5169 | 5.99 | 5.99 | 9.30 | 15.29 |
| VENANGO COUNTY TAX CLAIM BUREAU'  Acct: 5111 | 0.00 | 0.00 | 0.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUREAU'  Acct: 5110 | 0.00 | 0.00 | 0.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUREAU'  Acct: 5109 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F  Acct: 9807 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 90,601.60 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIR L. DUMOND  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARTIFAY LAW OFFICES PC**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ**  Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ**  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ**  Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-22 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| AUTO DIVIDE  Acct: 7361 | 0.00 | 0.00 | 0.00 | 0.00 |

20-10469                                                                                                       Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   BENEFICIAL CDC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7361 | | | | |
|   CBJ CREDIT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6429 | | | | |
|   CBJ CREDIT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9512 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE A | 1,311.37 | 131.27 | 0.00 | 131.27 |
|     Acct: 0001 | | | | |
|   DEVILLE ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 74N1 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 15,356.08 | 1,537.14 | 0.00 | 1,537.14 |
|     Acct: 5587 | | | | |
|   LVNV FUNDING LLC | 632.91 | 63.35 | 0.00 | 63.35 |
|     Acct: 9402 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5466 | | | | |
|   SECURITY CREDIT SERVICES LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6276 | | | | |
|   UPMC HEALTH SERVICES | 6,951.65 | 695.86 | 0.00 | 695.86 |
|     Acct: 2257 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 503.80 | 50.43 | 0.00 | 50.43 |
|     Acct: 6689 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5674 | | | | |
|   UPMC PHYSICIAN SERVICES | 4,993.07 | 499.81 | 0.00 | 499.81 |
|     Acct: 2257 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F | 2,512.45 | 251.50 | 0.00 | 251.50 |
|     Acct: 9807 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5466 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERTSON ANSCHULTZ  SCHNEID ET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HILL WALLACK LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 3,229.36 |

TOTAL PAID TO CREDITORS                                                                                    93,830.96

  TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          30,646.96
  UNSECURED        32,261.33

Date: 08/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   CLAIR L. DUMOND
   BRENDA L. DUMOND
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-10469

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10469-JCM |
| Clair L. Dumond | Chapter 13 |
| Brenda L. Dumond | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair L. Dumond, Brenda L. Dumond, 103 Parker St., Oil City, PA 16301-3409 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15263803 | + | Auto Divide, Inc., 3920 State Rt. 257, Seneca, PA 16346-3440 |
| 15273683 | + | Beneficial Consumer Discount Company, 1421 W. Shure Drive, Arlington Heights, IL 60004-7804 |
| 15263804 | + | Cbj Credit Recovery, 117 W 4th St, Jamestown, NY 14701-5005 |
| 15263806 | + | Deville Asset Manageme, 1132 Glade Rd, Colleyville, TX 76034-4227 |
| 15287718 | | U.S. Bank National Association as Trustee for, PO BOX 10826 Greenville, SC 29603-0826 |
| 15263814 | + | Venango County Tax Claim Bureau, P.O. Box 831, Franklin, PA 16323-0831 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:45:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263805 | ^ | MEBN | Aug 27 2025 01:16:33 | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 15263807 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 03:45:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15270667 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15265843 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15263808 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:28 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15263809 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2025 03:44:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 15265773 | | Email/PDF: cbp@omf.com | Aug 27 2025 02:04:46 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15263810 | + | Email/PDF: cbp@omf.com | Aug 27 2025 02:06:35 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15263811 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:06:27 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15265411 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 03:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15263812 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 27 2025 03:44:00 | Securitycred, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15264334 | ^ | MEBN | | |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 27 2025 01:17:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263813 | Email/Text: BankruptcyNotice@upmc.edu | Aug 27 2025 03:45:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 15277249 | Email/Text: BNCnotices@dcmservices.com | Aug 27 2025 03:44:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15277261 | Email/Text: BNCnotices@dcmservices.com | Aug 27 2025 03:44:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15286331 | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2025 02:05:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee, for Ma |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Kaitlin Shire

on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 10