**Fill in this information to identify the case:**

Debtor 1: Clair L. Dumond

Debtor 2 (Spouse, if filing): Brenda L. Dumond

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 20-10469-JCM

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 8 1 3

**Property address:**
103 Parker Street
Number    Street

Oil City    PA    16301
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 10 / 2025
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/____/_____
MM / DD / YYYY

| Debtor 1 | Clair L. Dumond | Case number (*if known*) 20-10469-JCM |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Aleksandra K. Fugate
Signature

Date 09/11/2025

Print: Aleksandra K. Fugate
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 261 Madison Avenue, 9th Floor
Number   Street

New York    NY    10016
City    State    ZIP Code

Contact phone (929) 295-7874

Email: afugate@hillwallack.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Erie)

| IN RE: | CHAPTER 13 |
|---|---|
| **Clair L. Dumond**<br>**Brenda L. Dumond**<br><br>Debtors(s). | CASE NO.: 20-10469-JCM |

### CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of Response to Notice of Final Cure of U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 on September 11, 2025:

Clair L. Dumond
103 Parker St.
Oil City, PA 16301
**Debtor**
**Via Regular Mail**

Brenda L. Dumond
103 Parker St.
Oil City, PA 16301
**Joint Debtor**
**Via Regular Mail**

Glenn R. Bartifay
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066
**Counsel for Debtor**
**Via ECF**

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
**United States Trustee**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Chapter 13 Trustee**
**Via ECF**

By: */s/ Melissa Caride*