**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
　　CLAIR L. DUMOND
　　BRENDA L. DUMOND
　　　　　Debtor(s)

　　Ronda J. Winnecour
　　　　　Movant
　　　　vs.
　　No Repondents.

Case No.: 20-10469

Chapter 13

Document No.: 86

## ORDER OF COURT

AND NOW, this ___15th___ day of ___October___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
10/15/25 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10469-JCM |
| Clair L. Dumond | Chapter 13 |
| Brenda L. Dumond | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clair L. Dumond, Brenda L. Dumond, 103 Parker St., Oil City, PA 16301-3409 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15263803 | + | Auto Divide, Inc., 3920 State Rt. 257, Seneca, PA 16346-3440 |
| 15273683 | + | Beneficial Consumer Discount Company, 1421 W. Shure Drive, Arlington Heights, IL 60004-7804 |
| 15263804 | + | Cbj Credit Recovery, 117 W 4th St, Jamestown, NY 14701-5005 |
| 15263806 | + | Deville Asset Manageme, 1132 Glade Rd, Colleyville, TX 76034-4227 |
| 15287718 | | U.S. Bank National Association as Trustee for, PO BOX 10826 Greenville, SC 29603-0826 |
| 15263814 | + | Venango County Tax Claim Bureau, P.O. Box 831, Franklin, PA 16323-0831 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:41:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263805 | ^ | MEBN | Oct 17 2025 00:32:11 | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 15263807 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 00:38:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15270667 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15265843 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15263808 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:41:33 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15263809 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 00:37:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 15265773 | | Email/PDF: cbp@omf.com | Oct 17 2025 00:42:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15263810 | + | Email/PDF: cbp@omf.com | Oct 17 2025 00:56:15 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15263811 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:56:14 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15265411 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15263812 | + | Email/Text: cs@securitycreditservicesllc.com | Oct 17 2025 00:37:00 | Securitycred, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15264334 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Oct 17 2025 00:42:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15263813 | Email/Text: BankruptcyNotice@upmc.edu | Oct 17 2025 00:38:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 15277249 | Email/Text: BNCnotices@dcmservices.com | Oct 17 2025 00:38:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15277261 | Email/Text: BNCnotices@dcmservices.com | Oct 17 2025 00:38:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15286331 | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:41:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | U.S. Bank National Association, as Trustee, for Ma |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

**Name** — **Email Address**

Charles Griffin Wohlrab
on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
on behalf of Creditor U.S. Bank National Association as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 dcarlon@kmllawgroup.com

Glenn R. Bartifay
on behalf of Debtor Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Plaintiff Clair L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Joint Debtor Brenda L. Dumond gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 25 |

        on behalf of Plaintiff Brenda L. Dumond gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Kaitlin Shire

        on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufacturer Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2000-6 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 10